B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Southern District of Alabama
Case No. **10–01341**
**Chapter 13**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
George D Brown
aka George Daniel Brown
P O Box 359
Pine Hill, AL 36769

Social Security / Individual Taxpayer ID No.:
xxx–xx–2874

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 6/13/13

MARGARET A. MAHONEY
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

## Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

In re:  
George D Brown  
       Debtor

Case No. 10-01341-MAM  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1128-2 | User: toni | Page 1 of 3 | Date Rcvd: Jun 13, 2013 |
|---|---|---|---|
| | Form ID: B18W | Total Noticed: 23 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2013.

```
db              George D Brown,    P O Box 359,   Pine Hill, AL   36769
2091289         21ST CENTURY MORTGAGE,   620 MARKET STREET,   ONE CENTRE SQUARE,   Knoxville, TN 37902
2535148        +Capital One Bank (USA), N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
2091296        +George Price,    2293 k p thomas Road,   Pine Hill, AL 36769-3245
2132359        +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
                 Norfolk VA 23541-0907
2091300         Lisa Price Smith,    KP Thomas Road,   Pine Hill, AL 36769
2091302        +PINE BELT TELEPHONE,    C/O CBS COLLECTIONS,   PO BOX 3227,   Tuscaloosa, AL 35403-3227
2091303        +Somion Price,    2293 KD Thomas Road,   Pine Hill, AL 36769-3245
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +EDI: PRA.COM Jun 14 2013 02:23:00      PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk, VA 23541-0907
2100112         Fax: 800-813-8164 Jun 14 2013 02:41:51      21st Mortgage corp,    PO Box 477,
                 Knoxville, TN 37901
2091290         EDI: CAPITALONE.COM Jun 14 2013 02:23:00      CAPITAL ONE,    PO BOX 5155,
                 ATTN; BANKRUPTCY CORRESPONDENCE,    Norcross, GA 30091
2142770         EDI: CAPITALONE.COM Jun 14 2013 02:23:00      Capital One Bank (USA), N.A.,
                 by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC 28272-1083
2091292         EDI: RMSC.COM Jun 14 2013 02:23:00      DIRECT TV,    P.O. BOX 17810,    JACKSONVILLE, FL 32245
2091293         EDI: DISCOVER.COM Jun 14 2013 02:23:00      DISCOVER CARD,    P.O. BOX 15316,
                 WILMINGTON, DE 19850-5316
2091294        +EDI: AFNIRECOVERY.COM Jun 14 2013 02:23:00      DISH NETWORK,    C/O AFNI, INC,    P O BOX 3097,
                 Bloomington, IL 61702-3097
2093602         EDI: DISCOVER.COM Jun 14 2013 02:23:00      Discover Bank,    Dfs Services LLC,    PO Box 3025,
                 New Albany, Ohio   43054-3025
2091295        +E-mail/Text: al3571@pioneercredit.net Jun 14 2013 02:57:46      FIRST SOUTHEAST ACCEPTANCE,
                 1032 BOLL WEEVIL CIRCLE,    STES F & G,    Enterprise, AL 36330-1319
2091297        +E-mail/Text: carol.brensing@usdoj.gov Jun 14 2013 02:49:06      HON. PATRICIA CONOVER,
                 ASSISTANT UNITED STATES ATTY.,    P.O. BOX 197,    MONTGOMERY, AL 36101-0197
2091298        +EDI: HFC.COM Jun 14 2013 02:23:00      HSBC,    P.O Box 5253,    Carol Stream, IL 60197-5253
2091299         EDI: IRS.COM Jun 14 2013 02:23:00      INTERNAL REVENUE SERVICE,    P O BOX 21126,
                 Philadelphia, PA 19114
2091301        +E-mail/Text: accounting@pinebelt.net Jun 14 2013 03:34:08      PINE BELT CELLULAR,
                 5 BROAD STREET,    Selma, AL 36701-4605
2576852        +EDI: PRA.COM Jun 14 2013 02:23:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
2091304        +E-mail/Text: Daphne@spillerfurniture.com Jun 14 2013 02:56:30      SPILLER FURNITURE,
                 ATTN: DAPHNE WILSON,    P.O. BOX 020824,    TUSCALOOSA, AL 35402-0824
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2091291        ##CitiFinaancial Auto,    P O Box 183036,   Columbus, OH 43218-3036
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2013**                         **Signature:**         *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2013 at the address(es) listed below:
         John C. McAleer, III   cperry@ch13mob.com
         Richard   Shinbaum   on behalf of Debtor George D Brown rshinbaum@smclegal.com,
          selmaecf@gmail.com;sstation@smclegal.com
                                                                                                     TOTAL: 2