B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Southern District of Alabama
Case No. **09–12626**
**Chapter 13**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Styrena Evett Sanders
   512 Fleetwood Drive
   Selma, AL 36701

Social Security / Individual Taxpayer ID No.:
   xxx–xx–8823

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

                                         BY THE COURT

Dated: 9/24/10                           MARGARET A. MAHONEY
                                         United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 1128-2          User: toni                Page 1 of 1              Date Rcvd: Sep 24, 2010
Case: 09-12626                Form ID: B18W             Total Noticed: 23
```

The following entities were noticed by first class mail on Sep 26, 2010.
```
db           +Styrena Evett Sanders,   512 Fleetwood Drive,   Selma, AL 36701-4801
aty          +Manley, Traeger, Perry & Stapp,   111 South Walnut Ave.,   P.O. Box 590,
               Demopolis, AL 36732-0590
cr           +American Home Mortgage Servicing, Inc.,   4875 Belfort Rd Ste 130,   Jacksonville, Fl 32256-6059
cr           +PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
1945486       AMERICAN HOME MORTGAGE,   PO BOX 660029,   Dallas, TX 75266-0029
1949242      +AMERICAN HOME MORTGAGE SERVICING,INC.,   4875 BELFORT ROAD SUITE 130,
               JACKSONVILLE, FLORIDA 32256-6059
1945490     ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
              (address filed with court:  NCO MEDCLR,    P.O. BOX 8547,   Philadelphia, PA 19101)
1945488       MUTUAL SAVINGS,   PO BOX 7947,   Birmingham, AL 35228
1959422      +Mutual Savings Credit Union,   P O Box 362045,   Birmingham, AL 35236-2045
1945491       NISSAN ACCEPTANCE CORP.,   P.O. BOX 660360,   DALLAS, TX 75266-0360
1964923      +Nationwide Credit Service LLC,   P.O. Box 1787,   Longview, WA 98632-8107
1949274       Nissan Motor Acceptance Corporation,   P.O. Box 660366 Dallas, TX 75266-0366
1945492      +PEAK5,   PO BOX 172285,   Denver, CO 80217-2285
2174008      +Portfolio Recovery Associates, LLC.,   P.O. Box 41067,   Norfolk, VA 23541-1067
1945493      +RICE BANKING,   P.O. BOX 811,   SELMA, AL 36702-0811
1965457      +Vaughan Regional Medical Center,   c/o HCA Shared Services Orange Park,   P. O. Box 1629,
               Orange Park, FL 32067-1629
```

The following entities were noticed by electronic transmission on Sep 24, 2010.
```
cr           +EDI: PRA.COM Sep 24 2010 20:48:00      PRA Receivables Management, LLC,   PO Box 41067,
               Norfolk, VA 23541-1067
1998141       EDI: RESURGENT.COM Sep 24 2010 20:43:00      Ashley Funding Services LLC its successors and,
               assigns as assignee of Lifepoint,   Hospital Inc,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
1998139       EDI: RESURGENT.COM Sep 24 2010 20:43:00      LVNV Funding LLC,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
1945487      +EDI: RESURGENT.COM Sep 24 2010 20:43:00      LVNVFUNDG,   PO BOX 10584,
               Greenville, SC 29603-0584
2174008      +EDI: PRA.COM Sep 24 2010 20:48:00      Portfolio Recovery Associates, LLC.,   P.O. Box 41067,
               Norfolk, VA 23541-1067
1975536      +EDI: PHINRJMA.COM Sep 24 2010 20:48:00      RJM ACQUISITIONS FUNDING LLC,   575 UNDERHILL BLVD,
               SUITE 224,   SYOSSET, NY 11791-3416
1964847       EDI: RECOVERYCORP.COM Sep 24 2010 20:43:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
2010259      +Fax: 866-311-5818 Sep 25 2010 01:30:02      Systems & Services Technologies, Inc.,
               4315 Pickett Road,   St. Joseph, MO 64503-1600
1945494      +E-mail/PDF: bk@worldacceptance.com Sep 25 2010 02:20:42      WORLD FINANCE,   124 BROAD STREET,
               Selma, AL 36701-4655
                                                                                               TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Taylor T Perry, Jr.
cr*          +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
1945489*      MUTUAL SAVINGS,   PO BOX 7947,   Birmingham, AL 35228
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2010            Signature:    _Joseph Speetjens_